■ JOAN M. HEWITT et al., Appellants, v STATE OF NEW YORK, Respondent. [691 NYS2d 855] —Appeal from a judgment of the Court of Claims (McNamara, J.), entered March 31, 1998, upon a decision of the court in favor of the State.

Judgment affirmed, upon the decision of Judge Thomas J. McNamara.

Cardona, P. J., Mercure, Spain, Carpinello and Graffeo, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ MARION HILL, Plaintiff, v AMES DEPARTMENT STORES, INC., Appellant, and GLOVERSVILLE PLAZA ASSOCIATES, L.P., Respondent. [689 NYS2d 404] —Appeal from an order of the Supreme Court (Best, J.), entered October 6, 1998 in Montgomery County, which, *inter alia*, denied a cross motion by defendant Ames Department Stores, Inc. for summary judgment dismissing the complaint against it and for summary judgment on its indemnity claim against defendant Gloversville Plaza Associates, L.P.

Order affirmed, upon the opinion of Justice Robert P. Best.

Crew III, J. P., Yesawich Jr., Spain, Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.